427 A.2d 1206

Kime, etc., et al., Appellants, v. Kime et al.

Submitted March 12, 1979.  David K. James, III, for appellants;  Daniel E. Teeter, for appellees.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Final decree affirmed on the adjudication of Judge Mac-Phail.

427 A.2d 1206

Kirschner Bros. Oil Co. v. Misantone et al., Appellants.

Argued September 11, 1979.  Norman P. Zarwin, for appellants; Henry A. Stein, for appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation.